## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA
## OKLAHOMA CITY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **Case No. 5:24-cr-00266-J-1** |
| | **)** | |
| **RYAN BLOOM** | **)** | |

### DEFENDANT RYAN BLOOM'S UNOPPOSED MOTION FOR EARLY RETURN OF DOCUMENTS PURSUANT TO RULE 17 SUBPOENAS

Ryan Bloom, by and through undersigned counsel, and pursuant to Rule 17(c)(1) of the Federal Rules of Criminal Procedure, states as follows:

1.    The trial in this matter is scheduled for September 9, 2025.

2.    The documents and records requested in the attached subpoenas are necessary for an adequate defense at the trial of this case. These subpoenas seek records from the following persons and entities: (1) Francis Energy Services LLC, (2) EVC Company LLC; (3) Dannic Solutions LLC; (4) Noralta Technologies Inc.; (5) Tesla, Inc.; (6) Valliance Bank; (7) AT&T Services, Inc.; (8) Crawley Petroleum Corporation; (9) Canadian Valley Electric Cooperative; (10) Devon Energy Production Company, Inc.; (11) GLB Exploration Inc.; (12) Ovintiv, Inc.; (13) Siena Natural Resources LLC; (14) Coface North America Insurance Company; (15) Tesla. Inc.; (16) Capital One, N.A.; (17) DocuSign, Inc.; (18) Jack Henry & Associates, Inc.; (19) Ullman & Ullman, P.A.; (20) Arkansas One-Call System; (21) Louisiana One-Call System; (22) Missouri

One-Call System; (23) Oklahoma One-Call System; (24) Texas One-Call System; (25) City of Maryville, Missouri; (26) City of Muskogee, Oklahoma; (27) City of Carthage, Texas; (28) Payton Bishop; and (29) Randall Lackey.

3.     To allow defense counsel adequate time to review the subpoenaed documents, engage experts who can form opinions about them, and make proper disclosures to the Government in a timely manner, Mr. Bloom requests that the subpoenas direct the recipients to produce the documents prior to trial, and specifically by July 7, 2025.

4.     Early return of subpoenas is specifically contemplated and allowed by Federal Rule of Criminal Procedure 17(c)(1), which states in relevant part that "[t]he court may direct the witness [who receives a document subpoena] to produce the designated items in court before trial . . ."

WHEREFORE, Mr. Bloom respectfully requests that this Court authorize the issuance of the requested subpoenas for return prior to trial.

Undersigned counsel certifies that they have made an effort to confer with counsel for the government in good faith. The government has informed undersigned counsel that it does not oppose this motion.

Date: June 13, 2025

Respectfully submitted,

*/s/ Edward J. Canter*

J. Alex Little (*pro hac vice*)
Edward J. Canter (*pro hac vice*)
Litson PLLC
54 Music Square E, Suite 300
Nashville, Tennessee 37203

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2025, a true and correct copy of the foregoing motion has been served via the court's CM/ECF system upon all counsel of record.

*/s/ Edward J. Canter*

Edward J. Canter