# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA
### OKLAHOMA CITY

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | Case No. 5:24-cr-00266-J-1 |
| ) | |
| **RYAN BLOOM**    ) | |

## [PROPOSED] ORDER GRANTING DEFENDANT BLOOM'S UNOPPOSED MOTION FOR EARLY RETURN OF SUBPOENAS

THIS MATTER having come before the undersigned Judge on Defendant Ryan Bloom's Unopposed Motion for Early Return of Documents Pursuant to Rule 17 Subpoenas, and the Court having considered the record, being fully advised, and for good cause shown, finds that the motion is well taken and should be granted.

IT IS HEREBY ORDERED that the Defendant Ryan Bloom's Motion for Early Return of Documents Pursuant to Rule 17 Subpoenas is GRANTED.

IT IS SO ORDERED.

_____
HON. BERNARD M. JONES
U.S. DISTRICT COURT JUDGE