

Edward J. Canter
615.985.8875
ted@litson.co

June 24, 2025

**VIA EMAIL**

D.H. Dilbeck
U.S. Attorney's Office,
Western District of Oklahoma
210 Park Avenue, Suite 400,
Oklahoma City, Oklahoma 73102
Email: dale.dilbeck@usdoj.gov

Re:    United States v. Bloom, No. 5:24-cr-00266-J

Counsel:

Thank you for meeting with us yesterday. In light of our conversation, we do not plan to file a motion seeking a bill of particulars at this time.

Our decision not to move forward with a motion seeking a bill of particulars is based on our understanding that you (1) plan to offer evidence related to only the ten invoices specifically identified in the superseding indictment; (2) do not plan to call witnesses from any of the Pathfinder customers who are not identified in the superseding indictment; and (3) are going to identify the specific false or fraudulent representations that you allege the ten invoices identified in the superseding indictment contain. Please confirm that our understanding is correct.

In addition to the motion seeking a bill of particulars, we also discussed potential 404(b) evidence that you may use at trial. Regarding the allegations from Mr. Bloom's uncle, you indicated that you are still evaluating whether to use this evidence at trial. If you do intend to use this evidence, please let us know in the next thirty days, so that we can file an appropriate motion *in limine*.

Very truly yours,

*/s/ Edward J. Canter*
J. Alex Little
Edward J. Canter