**Wednesday, August 13, 2025 at 3:23:08 PM Central Daylight Time**

| | |
|---|---|
| **Subject:** | Re: USA v. Bloom, No. 5:24-cr-00266-J-1 |
| **Date:** | Monday, July 28, 2025 at 4:58:27 PM Central Daylight Time |
| **From:** | Dilbeck, Dale (USAOKW) |
| **To:** | Ted Canter, Alex Little |
| **Attachments:** | image001.png, image002.png, artboard2_29b19b32-1941-49fd-b112-290bbd6e6e45.png |

Ted,

No, I do not disagree with anything in the motion. It quotes what I've emailed you. But I think that it is superfluous given our email communication, and I decline to join an unnecessary and out-of-the-ordinary notice to our court.

D.H.

---

**From:** Ted Canter <Ted@litson.co>
**Sent:** Monday, July 28, 2025 4:49 PM
**To:** Dilbeck, Dale (USAOKW) <Dale.Dilbeck@usdoj.gov>; Alex Little <alex@litson.co>
**Subject:** [EXTERNAL] Re: USA v. Bloom, No. 5:24-cr-00266-J-1

Hi DH,

If we do not file a motion for a bill of particulars, it would be because we are relying on the characterizations in your email below. We believe that should be reflected on the docket. Do you disagree with anything in the draft notice? Is there a reason are a reason you are unwilling to sign onto a joint notice other than the fact you "don't see why it would be necessary"?

Best,
Ted


**Ted Canter**
Attorney

# LITSON

54 Music Square East, Suite 300
Nashville, Tennessee 37203

| Ted@litson.co

**CONFIDENTIALITY NOTICE**: This email and any attachments may contain confidential and privileged information. If you are not

the intended recipient, please notify the sender immediately and delete this message. Any unauthorized review, use, disclosure, or distribution is prohibited. Thank you.

**From:** Dilbeck, Dale (USAOKW) <Dale.Dilbeck@usdoj.gov>
**Date:** Monday, July 28, 2025 at 1:38 PM
**To:** Ted Canter <Ted@litson.co>, Alex Little <alex@litson.co>
**Subject:** RE: USA v. Bloom, No. 5:24-cr-00266-J-1

Ted,

I don't see why it would be necessary to file this notice, or, in any event, appropriate to file it as a joint notice. But if you wish to file it on your own, I have no objection.

D.H.



**From:** Ted Canter <Ted@litson.co>
**Sent:** Monday, July 28, 2025 1:08 PM
**To:** Dilbeck, Dale (USAOKW) <Dale.Dilbeck@usdoj.gov>; Alex Little <alex@litson.co>
**Subject:** [EXTERNAL] Re: USA v. Bloom, No. 5:24-cr-00266-J-1

Hi DH,

Please see attached. Let me know if I have your permission to sign and file.

Best,
Ted


**Ted Canter**
Attorney

LITSON

54 Music Square East, Suite 300

Nashville, Tennessee 37203

| Ted@litson.co

**CONFIDENTIALITY NOTICE**: This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately and delete this message. Any unauthorized review, use, disclosure, or distribution is prohibited. Thank you.

---

**From:** Ted Canter <Ted@litson.co>
**Date:** Monday, July 28, 2025 at 11:02 AM
**To:** Dilbeck, Dale (USAOKW) <Dale.Dilbeck@usdoj.gov>, Alex Little <alex@litson.co>
**Subject:** Re: USA v. Bloom, No. 5:24-cr-00266-J-1

Thanks, DH. I think we need to memorialize this so that it is part of the record. I would propose a joint notice to the court. Unless you disagree, I will put something together for your review and approval.

Best,
Ted

---

**From:** Dilbeck, Dale (USAOKW) <Dale.Dilbeck@usdoj.gov>
**Date:** Monday, July 28, 2025 at 10:21 AM
**To:** Ted Canter <Ted@litson.co>, Alex Little <alex@litson.co>
**Subject:** RE: USA v. Bloom, No. 5:24-cr-00266-J-1

Ted,

We continue to think that the "right to fair notice and due process" don't require this sort of specific categorization. But because the information is readily available in the discovery related to the three companies listed in the Superseding Indictment, here it is:

> Counts 1-5: Never hired and thus not completed
> Counts 6-7: Not completed in the amounts listed on the invoices
> Counts 8-10: Never hired and thus not completed

I will provide shortly an additional response to the remaining issues in your July 23 letter.

D.H.



**D.H. Dilbeck**
Assistant U.S. Attorney
U.S. Attorney's Office
Western District of Oklahoma
210 Park Avenue | Suite 400 | Oklahoma City, OK 73102
dale.dilbeck@usdoj.gov | 405-553-8758 (office) | 405-274-4155 (cell)

**From:** Ted Canter <Ted@litson.co>
**Sent:** Monday, July 28, 2025 9:08 AM
**To:** Dilbeck, Dale (USAOKW) <Dale.Dilbeck@usdoj.gov>; Alex Little <alex@litson.co>
**Subject:** [EXTERNAL] Re: USA v. Bloom, No. 5:24-cr-00266-J-1

DH,

We plan to file the attached motion early this afternoon. Unless we here otherwise, we will mark it as opposed.

Best,
Ted


**Ted Canter**
Attorney

# LITSON

54 Music Square East, Suite 300
Nashville, Tennessee 37203

| Ted@litson.co

**CONFIDENTIALITY NOTICE**: This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately and delete this message. Any unauthorized review, use, disclosure, or distribution is prohibited. Thank you.

**From:** Ted Canter <Ted@litson.co>
**Date:** Wednesday, July 23, 2025 at 11:25 AM
**To:** Dilbeck, Dale (USAOKW) <Dale.Dilbeck@usdoj.gov>, Alex Little <alex@litson.co>
**Subject:** Re: USA v. Bloom, No. 5:24-cr-00266-J-1

DH,

Please see the attached correspondence.

Best,
Ted

---

**From:** Ted Canter <Ted@litson.co>
**Date:** Sunday, July 13, 2025 at 2:59 PM
**To:** Dilbeck, Dale (USAOKW) <Dale.Dilbeck@usdoj.gov>, Alex Little <alex@litson.co>
**Subject:** Re: USA v. Bloom, No. 5:24-cr-00266-J-1

DH,

Please see attached.

Best,
Ted

---

**From:** Dilbeck, Dale (USAOKW) <Dale.Dilbeck@usdoj.gov>
**Date:** Monday, June 30, 2025 at 8:33 AM
**To:** Ted Canter <ted@litson.co>, Alex Little <alex@litson.co>
**Subject:** RE: USA v. Bloom, No. 5:24-cr-00266-J-1

Ted,

I have received and reviewed your letter of June 24.

The false or fraudulent representations in the ten charged invoices are that Pathfinder completed the work listed in the invoices for the company purportedly charged. More specifically, the statements on the invoices under the "description" columns (which generally describe the project and, usually, it's location), the "QTY" columns (which describe the percentage of the job completed), and the "amount" and "bill to" columns (which describe the amount owed by each charged third-party companies).

I can confirm (2) in the second paragraph of your letter. I think I can also confirm (1), consistent with what I said on our call, but I want to ensure there is no misunderstanding on this point. Although we do not plan to offer specific evidence related to any of the other invoices (e.g., evidence from third-party companies that the billed work was not completed), as I said previously, I do expect that we'll offer more general evidence from a Valliance-related witness about the total of disputed invoices they were unable to receive payment on. If this is consistent with what you mean in (1), then yes, I can confirm that your understanding is correct.

Best regards,

D.H.



**From:** Ted Canter <Ted@litson.co>
**Sent:** Tuesday, June 24, 2025 11:05 PM
**To:** Dilbeck, Dale (USAOKW) <Dale.Dilbeck@usdoj.gov>; Alex Little <alex@litson.co>
**Subject:** [EXTERNAL] Re: USA v. Bloom, No. 5:24-cr-00266-J-1

DH,

Please see the attached correspondence.

Best,
Ted


**Ted Canter**
Attorney

# LITSON

54 Music Square East, Suite 300
Nashville, Tennessee 37203

| Ted@litson.co

**CONFIDENTIALITY NOTICE**: This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately and delete this message. Any unauthorized review, use, disclosure, or distribution is prohibited. Thank you.

**From:** Dilbeck, Dale (USAOKW) <Dale.Dilbeck@usdoj.gov>
**Date:** Thursday, June 19, 2025 at 1:06 PM
**To:** Alex Little <alex@litson.co>, Ted Canter <Ted@litson.co>
**Subject:** RE: USA v. Bloom, No. 5:24-cr-00266-J-1