DocuSign Envelope ID: 8E3FFAC3-2072-40E0-A670-BFB6C25AD8AD

**EVC Company LLC, DBA Dynamic EVC**
3005 W Chestnut Expwy
Springfield, MO 65802
+1 4172341267
jlorenz@dynamicevc.com
www.DynamicEVC.com



## Purchase Order

| **VENDOR** | **SHIP TO** | **P.O. NO.** 1001 |
|---|---|---|
| Payton Biship | EVC Company LLC, DBA | **DATE** 06/14/2023 |
| Pathfinder HDD, LLC | Dynamic EVC | |
| 9601 West Reno Ave | 3005 W Chestnut Expy | |
| Oklahoma City, OK 73127 | Springfield, MO 65802 US | |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **Installation of EV Chargers** | Bentonville | 1 | 95,000.00 | 95,000.00 |

|  |  |
|---|---|
| Bentonville Project Details: Work to be completed in accordance with the Scope of Work | **TOTAL** $95,000.00 |

Payment Terms:
35% at mobilization
55% at completion & waiting on utility company
remaining 10% at activation of chargers

| Dynamic EVC | Pathfinder HDD, LLC |
|---|---|
| Printed Name: Micah Battaglia | Printed Name: Payton Bishop |
| Signature: *Micah Battaglia* (DocuSigned by: 6FFCC30D268246E...) | Signature: *[signature]* (DocuSigned by: D920F12BFFB54E4...) |
| Date: 6/15/2023 | Date: 6/15/2023 |

DocuSign Envelope ID: 8E3FFAC3-2072-40E0-A670-BFB6C25AD8AD

**EVC Company LLC, DBA Dynamic EVC**
3005 W Chestnut Expwy
Springfield, MO 65802
+1 4172341267
jlorenz@dynamicevc.com
www.DynamicEVC.com



## Purchase Order

| **VENDOR** | **SHIP TO** | **P.O. NO.** 1002 |
|---|---|---|
| Payton Biship | EVC Company LLC, DBA | **DATE** 06/15/2023 |
| Pathfinder HDD, LLC | Dynamic EVC | |
| 9601 West Reno Ave | 3005 W Chestnut Expy | |
| Oklahoma City, OK 73127 | Springfield, MO 65802 US | |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Installation of EV Chargers | Springdale | 1 | 88,000.00 | 88,000.00 |

Springdale
Project Details:
Work to be completed in accordance with the Scope of Work

Payment Terms:
35% at mobilization
55% at completion & waiting on utility company
remaining 10% at activation of chargers

TOTAL      $88,000.00

Dynamic EVC

Printed Name: Micah Battaglia
Signature: *Micah Battaglia*
— 6FFCC30D268246E...
Date: 6/15/2023

Pathfinder HDD, LLC

Printed Name: Payton Bishop
Signature: [signature]
— D920F12BFFB54E4...
Date: 6/15/2023

BLO_0004627