**Pathfinder HDD, LLC**

9601 W. Reno Ave.
Oklahoma City, OK 73127
katie.willyard@pathfinderarc.com
www.pathfinderarc.com

# PATHFINDER

## INVOICE

**BILL TO**
Dynamic EV Charging
3005 W Chestnut Expressway
Springfield, MO 65802

**SHIP TO**
Dynamic EV Charging
3005 W Chestnut Expressway
Springfield, MO 65802

| INVOICE | 4660 |
|---|---|
| DATE | 06/21/2023 |
| TERMS | Net 30 |
| DUE DATE | 07/21/2023 |

**ADDITIONAL INFO**
0-35% Completion

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 06/21/2023 | (300-DYE-0001) Bentonville, AR; EV Charging Station / Bore | 0.35 | 95,000.00 | 33,250.00 |

Contact Pathfinder HDD, LLC to pay.
PLEASE NOTE OUR NEW REMITTANCE ADDRESS:

Pathfinder HDD, LLC
PO Box 649409
Dallas, TX 75264

| SUBTOTAL | 33,250.00 |
|---|---|
| TAX | 0.00 |
| TOTAL | 33,250.00 |
| BALANCE DUE | **$33,250.00** |

BLO_0004169

**Pathfinder HDD, LLC**

9601 W. Reno Ave.
Oklahoma City, OK 73127
katie.willyard@pathfinderarc.com
www.pathfinderarc.com



## INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Dynamic EV Charging | Dynamic EV Charging | INVOICE | 4661 |
| 3005 W Chestnut Expressway | 3005 W Chestnut Expressway | DATE | 06/21/2023 |
| Springfield, MO 65802 | Springfield, MO 65802 | TERMS | Net 30 |
| | | DUE DATE | 07/21/2023 |

ADDITIONAL INFO
0-35% Completion

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 06/21/2023 | (300-DYE-0002) Springdale, AR; EV Charging Station | 0.35 | 88,000.00 | 30,800.00 |

Contact Pathfinder HDD, LLC to pay.
PLEASE NOTE OUR NEW REMITTANCE ADDRESS:

BALANCE DUE            **$30,800.00**

Pathfinder HDD, LLC
PO Box 649409
Dallas, TX 75264

Page 1 of 1

BLO_0004170