IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                            ) | Case No. 5:24-cr-00266-J-1 |
| ) | |
| RYAN BLOOM                       ) | |

## NOTICE OF POTENTIAL TRIAL CONFLICT

Defendant Ryan Bloom notifies the Court of a scheduling conflict that may prevent counsel from proceeding with the trial the Court set for October 14, 2025. (Minute Entry, Sept. 11, 2025.) Mr. Bloom prefers to begin trial as scheduled, but his counsel faces a competing obligation—another federal trial in the Western District of Washington. That Washington trial is subject to an unrelated motion to continue, with a hearing set for September 22, 2025. If the motion is denied, however, counsel cannot simultaneously try both cases and will seek a short continuance of this case.

On September 2, 2025, Mr. Bloom and his attorneys appeared for a docket call. The parties discussed potential trial dates, including a potential setting for September 29, 2025. During the hearing, Mr. Bloom's counsel informed the Court of a potential conflict—he was scheduled to begin a trial in the Western District of Washington on October 20, 2025. *See United States v. Shetty*, No. 2:23-cr-00084-TL (W.D. Wash.), ECF 146. The *Shetty* trial is a complex wire fraud case that is expected to last two to three weeks.

On September 11, 2025, the Court set trial in this matter for October 14, 2025—six days before the *Shetty* trial. Under the current schedule, there is a significant chance Mr. Bloom's defense case will collide with the *Shetty* trial.

For reasons unrelated to the *Bloom* case, Mr. Little has moved to continue the *Shetty* trial until either October 27 or after December 2025. If the court grants the motion, defense counsel can proceed in this trial as scheduled on October 14. But the parties will not know the outcome of the *Shetty* motion until at least September 22, 2025, when it is set for hearing in the Western District of Washington. If the continuance in *Shetty* is denied, lead counsel cannot proceed with Mr. Bloom's trial on the date set by the Court.

In view of that, Mr. Bloom writes to advise the Court that he may seek a brief continuance of this case if the motion to continue the *Shetty* case is denied. Counsel has consulted with AUSA Danielle London, who indicated that the government takes no position on this notice.

Date: September 16, 2025

Respectfully submitted,

*/s/ Edward J. Canter*

J. Alex Little (*pro hac vice*)
Edward J. Canter (*pro hac vice*)
Litson PLLC
54 Music Square E, Suite 300
Nashville, Tennessee 37203

*Attorneys for Ryan Bloom*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2025, a true and correct copy of the foregoing motion has been served via the court's CM/ECF system upon all counsel of record.

*/s/ Edward J. Canter*
Edward J. Canter