UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. CR-24-266-J |
| RYAN BLOOM, | ) ) ) |
| Defendant. | ) |

**ORDER**

     Before the Court is the Government's Motion to Correct the Record [Doc. No. 83]. The Government asserts that footnote 6 of the Court's September 4, 2025 Order granting Defendant's motion to disqualify misstates AUSA Dilbeck's comments at docket call regarding an alleged personal relationship with a potential trial witness. Having reviewed the Government's motion and the transcript from docket call, the Court concludes that footnote 6[1] does not misstate the record. Specifically, the Court finds that AUSA Dilbeck's statement that "I would be curious to hear from the defense what the basis of the personal relationship is" can reasonably be construed as an indication that there was no personal relationship between AUSA Dilbeck and the potential trial witness, i.e., he did not "know him". To the extent that the Government believes that a mistaken impression is left with the reader about AUSA Dilbeck's candor with the Court, the Court finds any mistaken impression has been corrected through the Government's motion.

---

[1] Footnote 6 states: "At docket call, AUSA Dilbeck initially indicated that he did not know Mr. Humphreys, but with additional information, stated that Mr. Humphreys used to be his neighbor." September 4, 2025 Order [Doc. No. 77] at 2.

Accordingly, the Court DENIES the Government's Motion to Correct the Record [Doc. No. 83].

IT IS SO ORDERED this 18th day of September, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE