## IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | **No.  CR-24-266-J** |
| | ) | |
| **RYAN BLOOM,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>MOTION TO WITHDRAW AS ATTORNEY OF RECORD</u>

Assistant United States Attorney D.H. Dilbeck requests leave to withdraw as attorney of record in this case pursuant to Local Criminal Rule 57.2 and Local Civil Rule 83.5.

Assistant U.S. Attorney D.H. Dilbeck indicted this case on July 2, 2024 (Doc. 1). In preparation for the September 2025 trial, Assistant U.S. Attorney Danielle London entered an appearance in this case on August 19, 2025 (Doc. 57).  Defense counsel subsequently filed a motion to disqualify Assistant U.S. Attorney D.H. Dilbeck from this case on August 20, 2025, which was granted on September 4, 2025 (Docs. 61, 77). Per the Court's Order, and with Assistant U.S. Attorney Danielle London serving as attorney of record for the United States in this matter, Assistant U.S. Attorney D.H. Dilbeck requests leave to withdraw.

WHEREFORE, the United States requests that this Court permit Assistant U.S. Attorney D.H. Dilbeck to withdraw as attorney of record in this case.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney


s/*D.H. Dilbeck*
Assistant U.S. Attorney
Bar Number:  34314
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8758 (Office)
(405) 553-8888 (Fax)
dale.dilbeck@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 24, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:  J. Alex Little, Zachary Lawson, Edward Canter, David Ogle, and Derek Chance, counsel for Defendant Ryan Bloom.

s/D.H. Dilbeck
Assistant U.S. Attorney