**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CR-24-266-J |
| RYAN BLOOM, | ) |
| Defendant. | ) |

**ORDER**

Before the Court is D.H. Dilbeck's Motion to Withdraw as Attorney of Record [Doc. No. 87]. Upon review of the motion, the Court GRANTS the motion to withdraw. D.H. Dilbeck is terminated as counsel of record for the Government.

IT IS SO ORDERED this 25th day of September, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE