**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-24-266-J |
| | ) | |
| RYAN BLOOM, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the United States' Unopposed Motion for Leave to File Document under Seal [Doc. No. 98]. Upon review of the motion, and for good cause shown, the Court GRANTS the United States' Unopposed Motion for Leave to File Document under Seal. The United States may file the Pre-Trial Diversion Agreement under seal.

IT IS SO ORDERED this 27th day of January, 2026.

_____

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE