# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | No. <u>CR-24-266-J</u> |
| ) | |
| **RYAN BLOOM,** ) | |
| ) | |
| **Defendant.** ) | |

## UNITED STATES' MOTION TO DISMISS

The United States respectfully moves to dismiss this case without prejudice. The United States specifically moves to dismiss the Indictment (Doc. 1) returned on July 2, 2024, and the Superseding Indictment (Doc. 41) returned on May 20, 2025. The defendant has entered into a Pre-Trial Diversion program. Pursuant to the terms of the Pre-Trial Diversion agreement, which has been filed under seal with the Court, and in the interest of justice, the United States moves to dismiss this case.

Therefore, the United States moves to dismiss without prejudice the Indictment and Superseding Indictment.

          Respectfully submitted,

          ROBERT J. TROESTER
          United States Attorney

          s/DANIELLE LONDON
          Assistant U.S. Attorney
          Texas Bar No.  24081081
          210 Park Avenue, Suite 400
          Oklahoma City, Oklahoma 73102
          (405) 553-8700 (Office)
          (405) 553-8888 (Fax)
          Danielle.London@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 30, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.

               s/Danielle London
               Assistant U.S. Attorney