# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CR-24-266-J |
| RYAN BLOOM, | ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL

Defendant has entered into a Pre-Trial Diversion program. Pursuant to the terms of the Pre-Trial Diversion Agreement, the United States has moved to dismiss the Indictment returned on July 2, 2024 and the Superseding Indictment returned on May 20, 2025. Upon review of the United States' motion, the Court GRANTS the United States' Motion to Dismiss [Doc. No. 100]. It is therefore ORDERED that the Indictment returned on July 2, 2024 and the Superseding Indictment returned on May 20, 2025 are DISMISSED without prejudice.

IT IS SO ORDERED this 30th day of January, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE